United States District Court
For the Northern District of California

1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5                OAKLAND DIVISION
6
7   In re CRAIG HUNTER,
8              Plaintiff              No. C 14-2962 PJH (PR)
9                                     **ORDER OF DISMISSAL**
10
_____/
11
12          This case was opened when plaintiff wrote a letter to the court regarding medical
13   care.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that
14   he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a
15   notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis
16   ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.
17   A copy of the court's form for applications to proceed IFP was provided with the notice,
     along with a return envelope.
18
19          Plaintiff has not filed a complaint or an IFP application.  This case is therefore
20   **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.
21          **IT IS SO ORDERED.**

22   Dated: August 6, 2014.           _____
23                                         PHYLLIS J. HAMILTON
                                          United States District Judge
24

25   G:\PRO-SE\PJH\CR.14\Hunter2962.dsm-ifp.wpd

26
27
28